No. 11–741. PHILIP MORRIS USA INC. ET AL. *v.* CAMPBELL, PERSONAL REPRESENTATIVE OF THE ESTATE OF CAMPBELL; and No. 11–756. R. J. REYNOLDS TOBACCO CO. *v.* CAMPBELL, PERSONAL REPRESENTATIVE OF THE ESTATE OF CAMPBELL. Dist. Ct. App. Fla., 1st Dist. Certiorari denied. Reported below: 60 So. 3d 1078.

No. 11–752. R. J. REYNOLDS TOBACCO CO. *v.* GRAY, PERSONAL REPRESENTATIVE OF THE ESTATE OF GRAY. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 11–754. R. J. REYNOLDS TOBACCO CO. *v.* MARTIN, PERSONAL REPRESENTATIVE OF THE ESTATE OF MARTIN. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 11–755. R. J. REYNOLDS TOBACCO CO. *v.* HALL, PERSONAL REPRESENTATIVE OF THE ESTATE OF HALL. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 11–773. GUERRA *v.* SHINSEKI, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 11–780. HOWARD *v.* WALGREEN CO., DBA WALGREENS PHARMACY. C. A. 11th Cir. Certiorari denied.

No. 11–782. MARINA POINT DEVELOPMENT ASSOCIATES ET AL. *v.* CENTER FOR BIOLOGICAL DIVERSITY ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–786. NAMPA CLASSICAL ACADEMY ET AL. *v.* GOESLING ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–800. APOTEX INC. ET AL. *v.* ALLERGAN, INC., ET AL. C. A. Fed. Cir. Certiorari denied.

No. 11–825. FREY ET AL. *v.* COMPTROLLER OF THE TREASURY OF MARYLAND. Ct. App. Md. Certiorari denied.

No. 11–885. FREEMAN *v.* MML BAY STATE LIFE INSURANCE CO. C. A. 3d Cir. Certiorari denied.